# For information ONLY:

**Case #:** 3:06 CV- 364-H

**Date filed:** 2/15/2007

# Document(s) filed, but NOT SCANNED:

Exhibits to Motion for Certification of Class Action.