UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-364-H

EBONI COCHRAN, et al.     PLAINTIFFS

V.

OXY VINYLS SERVICES, INC., and
OXY VINYLS LIMITED PARTNERSHIP
d/b/a OXY VINYLS LP     DEFENDANTS

**AMENDED
MEMORANDUM AND ORDER**

After Plaintiffs in this putative nuisance and negligence action moved for class certification, various parties moved to exclude evidence. Defendants have withheld their response to the motion pending resolution of the evidentiary issues. A hearing on the motion for class certification is set for October 19, 2007.

Both sides have moved to exclude expert testimony from the other. Plaintiffs contend that the testimony goes to the merits of the claims which is immaterial on the motion for class certification. This is true. However, the Court will not exclude any testimony at this time. So long as a party can explain how the expert testimony addresses an issue of concern for class certification, the Court will allow it. The Court can see that the evidence could be relevant to help show common questions of fact and the typicality of the claims.

Defendants have moved to strike certain exhibits attached to the class certification motion. Those exhibits may also be helpful at this stage, although their use in this proceeding does not mean that the Court will consider them in its decision or that the exhibits will be

admissible at any later proceeding.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' and Defendants' motions to strike experts is DENIED at this time.

IT IS FURTHER ORDERED that Defendants' motion to strike exhibits is DENIED.

cc:     Counsel of Record